FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 2448-BTM |
|---|---|
| Plaintiff, | ) <br> ) **I N F O R M A T I O N** |
| v. | ) <br> ) Title 8, U.S.C., Sec. 1325 - <br> ) Illegal Entry (Misdemeanor); |
| JOSE DANIEL VALLEJO-FUENTES, | ) Title 8, U.S.C., Sec. 1325 - <br> ) Illegal Entry (Felony); |
| Defendant. | ) Title 8, U.S.C., Sec. 1325 - <br> ) Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about ____August 2005____, within the Southern District of California, defendant JOSE DANIEL VALLEJO-FUENTES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEK:jam:San Diego
7/15/08

Count 2

On or about ___October 2005___, within the Southern District of California, defendant JOSE DANIEL VALLEJO-FUENTES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about July 4, 2008, within the Southern District of California, defendant JOSE DANIEL VALLEJO-FUENTES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: ___7-24-2008___.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney